# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANCIS JONES, | NO. CV 12-7326-DMG (MAN) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND |
| WARDEN, USP LOMPOC, CA, | RECOMMENDATIONS OF UNITED STATES |
| Respondent. | MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

   IT IS ORDERED that: (1) the Petition is dismissed for failure to exhaust administrative remedies; and (2) Judgment shall be entered dismissing this action without prejudice.

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on the parties.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:  July 1, 2013

```
                                      /s/ Dolly M. Gee
                                   _____
                                          DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE
```