**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
KEVIN FRANCIS JONES,          ) NO. CV 12-7326-DMG (MAN)
                              )
          Petitioner,         )
                              )
     v.                       ) JUDGMENT
                              )
WARDEN, USP LOMPOC, CA,       )
                              )
          Respondent.         )
_____)
```

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 1, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE